# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

THE ST. JOE COMPANY, a Florida
corporation,

    Plaintiff,

vs.                      CASE NO. 5:10cv57/RS-GRJ

THE GULF PINES HOSPITAL, INC.,
a dissolved Florida corporation; HEALTH
CARE MANAGEMENT CORP., a dissolved
Florida corporation; CITY OF PORT ST.
JOE, a municipal corporation of the State
of Florida; MEDICAL CAPITAL CORPORATION;
a dissolved Florida corporation; MEDICAL
PROVIDER FINANCIAL CORPORATION
II, a Nevada corporation; STATE OF FLORIDA
DEPARTMENT OF HEALTH; RADIOMETER AMERICA,
INC., a Delaware corporation; NIGHTINGALE
AND ASSOCIATES, INC., a dissolved Florida
corporation; ARNSTEIN & LEHR, LLP, an
Illinois limited liability partnership; BAY
HOSPITAL, INC., a Florida corporation;
CARDINAL HEALTH 200, INC., an Ohio
corporation formerly known as ALLEGIANCE
HEALTHCARE CORPORATION; HPSC, INC.,
Massachusetts corporation; UNITED STATES
DEPARTMENT OF THE TREASURY INTERNAL
REVENUE SERVICE; and STATE OF FLORIDA
DEPARTMENT OF REVENUE,

    Defendants.
_____/

CITY OF PORT ST. JOE, a municipal corporation
of the State of Florida,

    Cross-Claimant,

vs.

THE GULF PINES HOSPITAL, INC.,
a dissolved Florida corporation; HEALTH
CARE MANAGEMENT CORP., a dissolved
Florida corporation; CITY OF PORT ST.
JOE, a municipal corporation of the State
of Florida; MEDICAL CAPITAL CORPORATION;
a dissolved Florida corporation; MEDICAL
PROVIDER FINANCIAL CORPORATION
II, a Nevada corporation; STATE OF FLORIDA
DEPARTMENT OF HEALTH; RADIOMETER AMERICA,
INC., a Delaware corporation; NIGHTINGALE
AND ASSOCIATES, INC., a dissolved Florida
corporation; ARNSTEIN & LEHR, LLP, an
Illinois limited liability partnership; BAY
HOSPITAL, INC., a Florida corporation;
CARDINAL HEALTH 200, INC., an Ohio
corporation formerly known as ALLEGIANCE
HEALTHCARE CORPORATION; HPSC, INC.,
Massachusetts corporation; UNITED STATES
DEPARTMENT OF THE TREASURY INTERNAL
REVENUE SERVICE; and STATE OF FLORIDA
DEPARTMENT OF REVENUE,

      Cross-Defendants.
_____/

## ORDER

Plaintiff shall file a status report not later than March 4, 2011.

**ORDERED** on February 2, 2011.

    /S/ Richard Smoak
    **RICHARD SMOAK**
    **UNITED STATES DISTRICT JUDGE**